# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 459,611.859199 TETHER (USDT) CRYPTOCURRENCY FROM CRYPTOCURRENCY ADDRESS ENDING IN Vs7by2cS,<br><br>Defendant. | Case No. 25-CV-303-JPS<br><br>**ORDER** |

      This action for civil forfeiture in rem was filed in February 2025. ECF No. 1. The United States seeks forfeiture of the defendant property because it "is traceable to, and therefore is proceeds of, distribution of controlled substances in violation of 21 U.S.C. § 841"; "was involved in, or is traceable to funds involved in, money laundering transactions and a conspiracy to engage in money laundering in violation of 18 U.S.C. §§ 1956 and 1957; and . . . was involved in, or is traceable to funds involved in, unlicensed money transmitting in violation of 18 U.S.C. § 1960." *Id.* at 2–3.

      On April 11, 2025, the United States provided notice of this civil forfeiture action to potential claimants to the defendant property. ECF Nos. 6, 7.[1] However, the potential claimants failed to respond in the time

---

[1] The United States served one potential claimant, 小小鱼 (Little Fish), by email. ECF No. 6; ECF No. 10 at 2–3. No mailing address or other identifying information for this potential claimant was available to the United States, so the Court concludes that under these circumstances service by email was sufficient for purposes of due process. *See United States v. Approx. 32133.63 Tether (USDT)*

permitted. In May 2023, the United States advised the Court and the potential claimants that it intended to move for default judgment against the defendant property. ECF No. 8. On July 23, 2025, the United States followed through and moved for default judgment against the defendant property and certified that it served the motion on the potential claimants. ECF Nos. 10 and 11. The potential claimants have not responded to the motion for default judgment, or submitted any other filings, and the time in which to do so has expired. Civ. L.R. 7(b). No other verified claims or answers have been filed in this matter and the time in which to do so has passed. Fed. R. Civ. P. Supp. R. G(5)(a)–(b); Fed. R. Civ. P. 12. The Court will, therefore, grant the United States' motion for default judgment, and enter default judgment against the defendant property. Fed. R. Civ. P. 55(b).

Accordingly,

**IT IS ORDERED** that the United States' motion for default judgment, ECF No. 10, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the defendant property, approximately 459,611.859199 Tether (USDT) cryptocurrency from cryptocurrency address ending in vs7by2cs, be and the same is hereby **FORFEITED** to the United States and that no right, title, or interest in the defendant property shall exist in any other party;

**IT IS FURTHER ORDERED** that the defendant property shall be seized forthwith by the United States Marshals Service for the Eastern District of Wisconsin or its duly authorized agent and shall be disposed of according to law; and

---

*Cryptocurrency from Binance Account Number Ending in 8770*, 2023 WL 5334352, at *2 (E.D. Wis. Aug. 18, 2023).

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge